

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF GEORGIA
# SAVANNAH DIVISION

REVEREND FRANK ELIJAH )
DENEGAL, Itinerant Elder of the )
A.M.E. Church, )
)
    Plaintiff, )
)
v. ) Case No. CV411-062
)
BISHOP WILLIAM PHILIPS )
DEVEAUX, 6th Episcopal District )
of Georgia, )
)
    Defendant. )

## ORDER

After a careful de novo review of the record in this case, the Court concurs with the Magistrate Judge's Report and Recommendation, to which no objections have been filed. Accordingly, the Report and Recommendation of the Magistrate Judge is adopted as the opinion of the Court.

SO ORDERED this 14th day of April, 2011.

_____
WILLIAM T. MOORE, JR.
UNITED STATES DISTRICT JUDGE
SOUTHERN DISTRICT OF GEORGIA